07-0408-cv
Claude v. Peikes

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

_____

August Term, 2007

(Argued: July 17, 2008                                   Decided: July 25, 2008)

Docket No. 07-0408-cv

_____

PHENOL CLAUDE,

*Plaintiff-Appellant*,

− v. −

RONALD D. PEIKES, COUNTRYWIDE HOME LOANS, INC.,

*Defendants-Appellees.*

_____

Before: NEWMAN, CALABRESI, and PARKER, *Circuit Judges.*

_____

Appeal from a Judgment of the United States District Court for the District of

Connecticut (Nevas, *J.*) approving the magistrate judge's recommendation that Plaintiff's claims

be dismissed.

AFFIRMED.

_____

PHENOL CLAUDE, Hampton, Conn., *pro se.*

MICHAEL A. GEORGETTI, Hartford, Conn., *for Defendant-Appellee Ronald D. Peikes*

Zeichner Ellman & Krause LLP, Greenwich, Conn., *for Defendant-Appellee Countrywide Home Loans*.

_____

PER CURIAM:

Plaintiff-Appellant Claude Phenol appeals *pro se* from a District Court order adopting the recommendation of the magistrate judge and dismissing his claims against Defendant-Appellees on the grounds that his claims are time-barred and hence subject to dismissal under Federal Rule of Civil Procedure 12(b)(6). We affirm the decision of the District Court for essentially the reasons given by the magistrate judge.

Appellant argues that the District Court did not meet its statutory duty to review the magistrate's recommendation *de novo*. There is, however, nothing to suggest that the district court did anything less. In similar cases, the Eighth and the Tenth Circuits have persuasively argued that we should "presume that the district court has made a *de novo* review unless affirmative evidence indicates otherwise." *Hosna v. Groose*, 80 F.3d 298, 306 (8th Cir. 1996); *see also Bratcher v. Bray-Doyle Indep. Sch. Dist.*, 8 F.3d 722, 724 (10th Cir. 1993) (stating that a district court is presumed to have conducted a *de novo* review of a magistrate judge's report and recommendation "absent some clear indication otherwise"). For substantially the reasons given in those opinions, we adopt the same rule here.

We have considered all of Appellant's arguments and found them meritless. Accordingly the judgment of the District Court is AFFIRMED.